F. #2022R00935

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -                                                                    24-CR-433 (NGG)

GUATAM S. ADANI ET AL.,

       Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Acting Assistant Chief Andrew R. Tyler of the Fraud Section, Criminal Division, U.S. Department of Justice, from this point forward will be added as counsel in the above-captioned matter.

All future correspondence to the United States in the above-captioned matter should be sent to attorneys for the government, including:

    Andrew R. Tyler
    1400 New York Avenue NW
    Washington, DC 20005
    Tel: 202-616-2634
    Email: Andrew.Tyler@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Andrew R. Tyler at the email address set forth above.

Dated: November 20, 2024

                                              Respectfully submitted,

                                              Glenn S. Leon
                                              Chief, Fraud Section
                                              Criminal Division, Dept. of Justice

                          By:     /s/ Andrew R. Tyler
                                              Andrew R. Tyler
                                              Acting Assistant Chief

cc:      Clerk of the Court (NGG)