

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

F.#2022R00935
JN

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

May 18, 2026

By ECF

The Honorable Nicholas G. Garaufis
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:     United States v. Gautam S. Adani et al.
        Criminal Docket No. 24-433 (NGG)

Dear Judge Garaufis:

The government respectfully submits this motion, pursuant to Federal Rule of Criminal Procedure 48(a), requesting that the Court dismiss the indictment in this case with prejudice. The Department of Justice has reviewed this case and has decided, in its prosecutorial discretion, not to devote further resources to these criminal charges against individual defendants. See United States v. Blaszczak, 56 F.4th 230, 238-42 (2d Cir. 2022) ("The government may elect to eschew or discontinue prosecutions for any of a number of reasons. Rarely will the judiciary overrule the Executive Branch's exercise of these prosecutorial decisions.").

No defendant has appeared. Counsel for all defendants consent to this relief.

Respectfully submitted,

_____/s/_____
R. TRENT MCCOTTER
Principal Associate Deputy Attorney General

_____/s/_____
JOSEPH NOCELLA, JR.
United States Attorney

cc:     Clerk of Court (by ECF)
Robert Giuffra (by E-mail)
James M. McDonald (by E-mail)
Timothy Sini (by E-mail)
Andrey Spektor (by E-mail)
Winston Paes (by E-mail)
Paul Schoeman (by E-mail)
Stephen Best (by E-mail)
Michael Kendall (by E-mail)
Iris Bennett & Patrick Linehan (by E-mail)