F. #2022R00935

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

24-CR-433 (NGG)

GAUTAM S. ADANI ET AL.,

Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that Acting Assistant Chief Andrew Tyler of the Fraud Section, Criminal Division, U.S. Department of Justice, from this point forward will no longer be counsel of record in the above-captioned matter.

Dated: May 20, 2026

Respectfully submitted,

By: */s/ Andrew Tyler*
Andrew Tyler
Acting Assistant Chief
Criminal Division, U.S. Dept. of Justice

cc: Clerk of the Court (NGG)

**So Ordered.**
s/Nicholas G. Garaufis, USDJ

**Hon. Nicholas G. Garaufis**
**Date:** 7/14/26